# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      vs.                             **CASE NO.: 2:10-CR-298**
                                          **JUDGE SMITH**
                                          **MAGISTRATE JUDGE DEAVERS**

**HUGH BRIAN HANEY,**

      **Defendant.**

## ORDER

On September 24, 2012, the Magistrate Judge issued a Report and Recommendation recommending that the Defendant's term of supervised release be terminated (Doc. 16).

The Magistrate Judge held a final revocation hearing on September 24, 2012. At the hearing, the United States Probation Officer indicated that Defendant had received the maximum benefit from federal supervision and recommended that his supervision be terminated. The Magistrate Judge, having observed the Defendant and after consulting with the Probation Officer, determined that the Defendant does not represent a danger to himself or the community. Based on all this information, the Magistrate Judge recommended that Defendant's supervised release be terminated.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and hereby confirms that Defendant's supervised release be terminated as he has reached the maximum benefit possible from supervision.

**IT IS SO ORDERED.**

    */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**